SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN:  196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone:  (503) 889-0472
Facsimile:  (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| JULIE RENEE BERGLUND,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>        Defendant. | No.  2:15-CV-02332-CKD<br><br>**STIPULATION AND  ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of April 4, 2016, by forty-five days, to the new due date of May 19, 2016, **and all other deadlines be extended accordingly**.  This extension is requested because the writer has been out of town for legal conference.

| | | |
|---|---|---|
| 1 | DATED: April 1, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| 5 | */s/ Shellie Lott* | */s/Scott Borrowman for Jacob M. Mikow* |
| 6 | SHELLIE LOTT,<br>Attorney for Plaintiff | SCOTT BORROWMAN FOR JACOB M. MIKOW,<br>(As authorized via E-mail on 04/01/16)<br>Special Assistant U S Attorney |
| 7 | | Attorneys for Defendant |

```
SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN:  196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone:  (503) 889-0472
Facsimile:  (888) 889-5776

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JULIE RENEE BERGLUND,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>          Defendant. | No.  2:15-CV-02332-CKD<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO  FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to File A Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before May 19, 2016.

SO ORDERED.

Dated:  April 5, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE