PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8976
    Fax: 415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE RENEE BERGLUND,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-CV-02332-CKD<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from June 20, 2016 to July 20, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. An extension of time is needed given Defendant counsel's workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Prop. Order for Ext.; 2:15-CV-02332-CKD   1

                                        Respectfully submitted,

Dated: 6/16/2016                       */s/ Shellie Lott*
                                         (As authorized via email on 6/16/2016)
                                         SHELLIE LOTT
                                         Attorney for Plaintiff

Dated: 6/16/2016                       PHILLIP A. TALBERT
                                         Acting United States Attorney
                                         DEBORAH LEE STACHEL
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                           By:       */s/ Jacob M. Mikow*
                                         JACOB M. MIKOW
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

                                            <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: June 20, 2016

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE