PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8976
    Fax: 415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE RENEE BERGLUND,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-CV-02332-CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME (SECOND) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 20, 2016 to August 3, 2016. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. This is Defendant's second request for an extension of time to respond to Plaintiff's motion.

    Assistant Regional Counsel In Seon Jeong was assigned to this case and has diligently attempted to complete Defendant's responsive brief in a timely manner. However, the undersigned counsel for Defendant seeks this extension due to the press of workload including a

high volume of other disability and employment matters.  Counsel apologizes to the Court for any inconvenience caused by this delay.

                                  Respectfully submitted,

Dated: 7/19/2016               Respectfully submitted,
                                  */s/ Shellie Lott*
                                  (As authorized via email on 7/19/2016)
                                  SHELLIE LOTT
                                  Attorney for Plaintiff

Dated: 7/19/2016               PHILLIP A. TALBERT
                                  Acting United States Attorney
                                  DEBORAH LEE STACHEL
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                          By:    */s/ Jacob M. Mikow*
                                  JACOB M. MIKOW
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

                                    ORDER

APPROVED AND SO ORDERED:

Dated: July 21, 2016

                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE