1  SHELLIE LOTT, SBN:  246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Linda Ziskin, SBN:  196293
   Ziskin Law Office
6  PO Box 753833
7  Las Vegas, NV 89136
   Telephone:  (503) 889-0472
8  Facsimile:  (888) 889-5776

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| JULIE RENEE BERGLUND,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>  Defendant. | No.  2:15-CV-02332-CKD<br><br>**STIPULATION AND  ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of August 24, 2016, by fourteen days, to the new due date of September 7, 2016, **and all other deadlines be extended accordingly**.  This extension is requested due to several time-consuming medical appointments during this next couple of weeks.

1

| | |
|---|---|
| DATED: August 8, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/In Seon Jeong on behalf of Jacob M. Mikow*<br>IN SEON JEONG on behalf of JACOB M. MIKOW<br>(As authorized via E-mail 08/08/16)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JULIE RENEE BERGLUND,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendant. | No. 2:15-CV-02332-CKD<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Reply on or before September 7, 2016.

SO ORDERED.

Dated: August 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE